1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11
                                        )   **Case No. 06-6531 CRB**
12  IN RE: BEXTRA AND CELEBREX          )
    MARKETING SALES PRACTICES AND        )   **MDL NO. 1699**
13  PRODUCT LIABILITY LITIGATION         )   **District Judge:  Charles R. Breyer**
                                         )
14                                       )
                                         )
15  Robert Absolor,                      )
                                         )   **STIPULATION AND ORDER OF**
16                    Plaintiffs,        )   **DISMISSAL WITH PREJUDICE**
                                         )
17          vs.                          )
                                         )
18  Pfizer Inc., et al.                  )
                      Defendants.        )
19                                       )

20
        Come now the Plaintiffs, Robert Absolor, and Defendants, by and through the
21
    undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
22
    stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with
23
    each side bearing its own attorneys' fees and costs.
24

25
        DATED:  Jan. 12, 2010          MATTHEWS & ASSOCIATES
26

27                                  By:
                                          David P. Matthews
28                                        *Attorneys for Plaintiffs*

                                      -1-

    **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1      DATED:  Jan. 12, 2010          DLA PIPER LLP (US)

2
                                      By:_____
3                                          Michelle W. Sadowsky
                                           *Attorneys for Defendants*
4

5

6

7      **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
       IT IS SO ORDERED.**

8

9      Dated: **FEB 1 7 2010**
                                      Hon. Charles R. Breyer
10                                    United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        -2-